# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, December 16, 2009     **Time:** 1 mins
**Case Number:** CR-09-01051-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**     **UNITED STATES OF AMERICA V. PETER OUZTS**

**PLAINTIFF**                                                       **DEFENDANT**

**Attorneys Present:** Steve Seitz                **Attorneys Present:** David Winnett

PROCEEDINGS:

Status review held. Counsel and defendant are present. Continued to 1/20/10 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.