DAVID L. WINNETT (SBN: 219063)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:　415-362-6000
Facsimile:　415-834-9070
dwinnett@hinshawlaw.com

Attorneys for Defendant
PETER OUZTS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PETER OUZTS<br><br>　　　　Defendants. | Case No.: CR-09 01051 JF<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Hon. Jeremy Fogel |

The undersigned parties by and through their counsel in the above-entitled action hereby stipulate and agree to continue the Status Hearing currently scheduled for January 20, 2010, at 9:00 a.m. to February 17, 2010, at 9:00 a.m. Counsel are actively negotiating a disposition of the case and expect to have an agreement in the next several weeks. A continuance to February 17, 2010, should allow the parties sufficient time to conclude their negotiations. This time is to be excluded from the Speedy Trial Act for defense preparation.

1 | DATED: January 19, 2010          HINSHAW & CULBERTSON LLP
2
3                                    : By: _____
4                                       David L. Winnett
                                         Attorneys for Defendant PETER OUZTS
5 | DATED: January 17, 2010
6                                    _____
                                     Assistant United States Attorney
7                                    Steven Seitz

8
9 | PURSUANT TO STIPULATION, IT IS SO ORDERED

10 | DATED: 1/19/10                   _____
                                      The Honorable Jeremy Fogel
11

2

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE
CASE NO. CR-09-01051-JF
2990186v1 906662 72217