DAVID L. WINNETT (SBN: 219063)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070
dwinnett@hinshawlaw.com

Attorneys for Defendant
PETER OUZTS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER OUZTS<br><br>    Defendants. | Case No.:  CR-09 01051 JF<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Hon. Jeremy Fogel<br>Courtroom 3 |

The undersigned parties by and through their counsel in the above-entitled action hereby stipulate and agree to continue the Status Hearing currently scheduled for February 16, 2010, at 9:00 a.m. to March 11, 2010. Counsel are actively negotiating a disposition of the case and expect to have an agreement in the next several weeks. A continuance to March 11, 2010, should allow the parties sufficient time to conclude their negotiations. This time is to be excluded from the Speedy Trial Act for defense preparation.

/ / /

1

1  Dated: February 12, 2010                    HINSHAW & CULBERTSON LLP

2

3                                              By:        /s/
                                                   ─────────────────────────
                                                   David L. Winnett
4                                                  Attorneys for Defendant PETER OUZTS

5

6  Dated: February 12, 2010                               /s/
                                                   ─────────────────────────
                                               By: Assistant United States Attorney
7                                                  Steven Seitz

8  PURSUANT TO STIPULATION, IT IS SO ORDERED

9
   DATED: 3/4/10
10                                             ─────────────────────────
                                               The Honorable Jeremy Fogel
11

                                    2
                    STIPULATION AND ORDER CONTINUING STATUS CONFERENCE
                    CASE NO. CR-09-01051-JF
                    2991067v1  906662  72217