## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, March 11, 2010      Time: 11 mins
**Case Number:** CR-09-01051-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**      **UNITED STATES OF AMERICA V. PETER OUZTS**

**PLAINTIFF**                                    **DEFENDANT**

Attorneys Present: Steve Seitz                   Attorneys Present: Robert Spagnoletti

---

PROCEEDINGS:

    Disposition hearing held. Counsel and defendant are present. A plea agreement is executed. Defendant pleads guilty to count 2 of the Indictment. Continued to 6/17/10 at 9:00 a.m. for sentencing. The remaining counts are submitted.