UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number:          CR-09-01051-JF

Defendant's Name:     Peter Ouzts

Defense Counsel:      Robert Spagnoletti

Sentencing Date:      6/17/10

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a    ☒ Presentence Investigation

☐ Expedited Presentence Report

☐ Bail Investigation

☐ Postsentence Investigation

☐ 4244

☐ Other

be conducted on the above-named defendant. So that the investigation can be completed promptly, you are to report to the U.S. Probation Office with your client in this Courthouse **today**.

RICHARD W. WIEKING, CLERK
UNITED STATES DISTRICT COURT

By: *Diana Munz*

Deputy Clerk

Defendant's residence:

City:                          State:

cc:  U.S. Probation