1  ROBERT J. SPAGNOLETTI
   *(Pro Hac Vice)*
2  SCHERTLER & ONORATO, L.L.P.
   601 Pennsylvania Avenue, NW
3  North Building, 9th floor
   Washington, D.C. 20004
4  T: (202) 628-4199
   F: (202) 628-4177
5  rspagnoletti@schertlerlaw.com

6

7  DAVID L. WINNETT (SBN: 219063)
   HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
8  San Francisco, CA 94111
   Telephone:   415-362-6000
9  Facsimile:   415-834-9070
   dwinnett@hinshawlaw.com
10

11 *Attorneys for Defendant*
   PETER OUZTS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: CR-09 01051 JF |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |
| vs. | |
| PETER OUZTS | |
| Defendants. | Hon. Jeremy Fogel<br>Courtroom 3 |

The undersigned parties by and through their counsel in the above-entitled action hereby stipulate and agree to continue the sentencing currently scheduled for June 17, 2010, at 9:00 a.m. to July 15, 2010, at 9:00 a.m.  The requested continuance will allow the parties sufficient time to review one another's sentencing submissions and prepare their respective sentencing arguments.

///

1

1  Dated: June 11, 2010                                       HINSHAW & CULBERTSON LLP

2                                                    By:     /s/  *David L. Winnett*
3                                                            David L. Winnett
                                                             Attorneys for Defendant PETER OUZTS
4

5  Dated: June 11, 2010
                                                             /s/  *Jeffrey David Nedrow*
6                                                    By:     Assistant United States Attorney
                                                             Jeffrey David Nedrow
7

8  PURSUANT TO STIPULATION, IT IS SO ORDERED

9  DATED:  6/16/10
10                                                           _____
                                                             The Honorable Jeremy Fogel

2

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE
CASE NO. CR-09-01051-JF
2994474v1 906662 72217

## PROOF OF SERVICE

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, CA 94111.

On June 11, 2010, I served the document(s) entitled,

STIPULATION AND ORDER CONTINUING SENTENCING HEARING

on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope(s) addressed as stated below:

☒ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE TRANSMISSION):** I caused a true copy thereof from sending facsimile machine telephone number 415-834-9070 to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

☐ **(VIA OVERNIGHT MAIL):** I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at San Francisco, California.

☐ **(BY HAND DELIVERY):** I caused each such envelope(s) to be delivered by hand to the addressee(s) mentioned in the attached service/mailing list.

☐ **(BY ELECTRONIC MAIL)** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

Robert J. Spagnoletti, Esq.
Schertler & Onorato, LLP
601 Pennsylvania Avenue
NW, North Building, 9th Floor
Washington, DC 20004
T: (202) 628-4199
*Co-Counsel for Peter Ouzts*

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on June 11, 2010, at San Francisco, California.

_____
Grace Casey